IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **DAVID WAYNE JOHNSON,**<br><br>　　　　　　　　Petitioner,<br><br>　v.<br><br>**J. WOODFORD, et al.,**<br><br>　　　　　　　　Respondents. | NO. CIV S-04-1236 MCE KJM P<br><br>**ORDER GRANTING REQUEST TO FILE SUPPLEMENTAL ANSWER** |

**GOOD CAUSE APPEARING**, Respondents are granted leave to file a Supplemental Answer to the Petition for Writ of Habeas Corpus. Petitioner may file a reply within 30 days from the date of service of this order. The Clerk is directed to file the Supplemental Answer attached to Respondents' request for leave.

DATED: July 13, 2005.

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

johnson.supp.ans.wpd

---

Order Granting Request for Leave to File Supplemental Answer

1